ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **Criminal No. 4:17-CR-158-A**<br>Judge McBryde |
| **DAVID BRADLEY HUGHES (03)**<br>a/k/a "Little Baby Huey" | § § § § | |

## DEFENDANT DAVID BRADLEY HUGHES' MOTION FOR
## DOWNWARD DEPARTURE

1. Defendant, David Bradley Hughes, by and through attorney of record Brian W. Salvant, moves this Court for a Downward Departure. In consideration of the substantial assistants Hughes provided in the case of *United States v. Hughes, ET AL, Cause No. 4:17-CR-158-A* the defendant asks for a downward departure below the statutory maximum of 5 years-40 years.

2. In September of 2017, Hughes on his own volition had an open talk with the DEA.

3. The Defendant was debriefed concerning his activites and his role in the consiperacy. Defendant was truthful and cooperated fully.

4.  Defendant was one of several cooperating defendants that pled guilty and cooperated with the government.

5.  Defendant's role in the consiperacy was significantly less culpable than that of other defendants. The defendant submits it would be appropriate for his sentence to reflect that lessor role.

Respectfully submitted,

Brian W. Salvant
State Bar Number: 24008387
THE SALVANT LAW FIRM PC
610 E. Weatherford, Texas
Fort Worth, Texas 76102
Phone (817) 334-7997
Fax (817) 334-7998
brian@salvantlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12/11/17, the foregoing Defendant's the Motion for Downward Departure was sent by first class mail to the Shawn Smith, Assistant United States Attorney, Burnett Plaza, Suite 1700 801 Cherry Street, Unit 4 Fort Worth, Texas 76102.

Brian W. Salvant